UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL ANGELO SAGGIOMO,

    Plaintiff,

v.

J. AMBROGI FOOD DISTRIBUTION, INC.,

    Defendant.

No. 1:21-cv-11315

ORDER

**O'HEARN, District Judge.**

This matter comes before the Court on Defendant J. Ambrogi Food Distribution, Inc.'s ("Defendant") Motion for Summary Judgment. (ECF No. 34). The Court did not hear oral argument pursuant to Local Rule 78.1. For the reasons set forth in this Court's corresponding Opinion,

**IT IS HEREBY** on this  26th  day of  April , 2023,

**ORDERED** that Defendant's Motion for Summary Judgment, (ECF No. 34), is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

*[signature: Christine P. O'Hearn]*
**CHRISTINE P. O'HEARN**
**United States District Judge**